USA-74-24B
(Rev. 05/01)

**United States Courts
Southern District of Texas**
**CRIMINAL DOCKET**

AUG 27 2013

David J. Bradley, Clerk of Court

13-553

HOUSTON DIVISION

USAO Number: 2013R00566
Magistrate Number:

CRIMINAL INFORMATION          Filed _____   Judge: Rosenthal

UNITED STATES of AMERICA
VS.

ATTORNEYS:
KENNETH MAGIDSON, USA            (713) 567-9000
JOHN PEARSON, AUSA               (713) 567-9342

KIRK V. SMITH

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Bank Fraud [18 USC § 1344]

PENALTY: Ct 1: Up to 30 years imprisonment, $1,000,000 fine, 5 years supervised release, $100 s/a

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: