**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-13-553 |
| | § | |
| KIRK SMITH | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 31). The motion for continuance is GRANTED. The sentencing hearing is reset to **February 18, 2015 at 11:00 a.m.**

SIGNED on January 9, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge