The United States of America,

        Plaintiff,

*versus*

Kirk Smith      (51896-379)

        Defendant.

Criminal   4:13CR00553-001

# Order to Surrender

Having been sentenced to the custody of the Attorney General,

**Kirk Smith**

is ordered to surrender by 2:00 p.m. on May 5, 2015, at

**USP Beaumont, 6200 Knauth Road, Beaumont, TX 77705**

Signed on   April 20, 2015   , at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge